Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Avenue, Suite D
Montrose, Ca. 91090
(818) 249-5291 Telephone
(818) 249-4329 Facsimile
*rbrennan@brennanlaw.com*

Attorneys for Plaintiff, ROBERT ALBERT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALBERT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FRONTIER COMMUNICATIONS CORPORATION, a business entity; VERIZON WIRELESS, a business entity, form unknown and Does 1-10 <br><br> Defendant. | **Case Action No.:** <br><br> 1. COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT FOR CALLS TO A CELL TELEPHONE. <br><br> 2. COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT FOR CALLS MADE TO A RESIDENTIAL LAND LINE. |

## PLAINTIFF'S COMPLAINT

1. Plaintiff Robert Albert ("Plaintiff"), by his attorney Robert F. Brennan alleges the following against FRONTIER COMMUNICATIONS

CORPORATION ("FRONTIER"), and VERIZON WIRELESS ("VERIZON") (hereinafter referred to as ("Defendants"):

## I. INTRODUCTION

2. This is an action for damages brought by an individual consumer for Defendant's violations of the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. §227, et seq.

## II JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 28 U.S.C. § 1331, 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

4. Venue lies in this district pursuant to 28 U.S.C. § 1391(b).

## III PARTIES

5. Plaintiff is an adult individual residing in San Dimas, California.

## IV FACTUAL ALLEGATIONS

6. Defendants are corporations with its principal offices located in Samford Connecticut and Columbia South Carolina, and which regularly conduct business in the State of California.

7. At all times pertinent hereto, Defendants made use of automatic dialing systems to contact Plaintiff on his cellular and residential land line telephones.

8. Beginning in or around November 2016, Defendants began contacting Plaintiff on his cellular phone and residential land line with unsolicited telemarking calls.

COMPLAINT AND DEMAND FOR JURY TRIAL

9.   Defendants contacted Plaintiff on his cellular and residential land line a multitude of times, including but not limited to 101 calls on his cellular phone and 546 calls to his residential land line from November 9, 2016 through August 23, 2017.

10. Defendants continued to call Plaintiff on Plaintiff's cellular phone and his residential land line after Plaintiff requested that they stop calling.

11. Defendants acted in a false, deceptive, misleading, and unfair manner by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

12. Defendants knew or should have known that their actions violated the TCPA. Additionally, Defendants could have taken the steps necessary to bring its agent's actions within compliance of these statutes, but neglected to do so and failed to adequately review those actions to insure compliance with said laws.

13. At all times pertinent hereto, Defendants were acting by and through its agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

14. At all times pertinent hereto, the conduct of Defendants as well as its agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal and state law and the rights of the Plaintiff herein.

15. As a result of Defendants' conduct, Plaintiff has sustained actual damages, including, but not limited to injury to Plaintiff's invasion of privacy, emotional and mental pain and anguish, he will continue to suffer same for an indefinite time in the future, all to his great detriment.

///

COMPLAINT AND DEMAND FOR JURY TRIAL

## COUNT I - VIOLATIONS OF THE TCPA FOR
## CALLS MADE TO A CELL TELEPHONE

16.  Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

17. At all times relevant hereto, Defendant used, controlled and/or operated an "automatic telephone dialing system" as defined by § 227(a)(1) of the TCPA.

18. Between November 9, 2016 and August 23, 2017, Defendant initiated 101 calls to Plaintiff's cellular telephone using an automatic telephone dialing system to make the calls without the express consent of Plaintiff in violation of 47 U.S.C. §§ 227(b)(1)(A)(iii) of the TCPA.

19. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification, or legal excuse.

20. As a result of the above violations of the TCPA, Defendant is liable to Plaintiff in the sum of Plaintiff's statutory, actual, and treble damages.

## COUNT II - VIOLATIONS OF THE TCPA FOR CALLS MADE TO A
## RESIDENTIAL LAND LINE

21. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

22. At all times relevant hereto, Defendant used, controlled and/or operated an "automatic telephone dialing system" as defined by § 227(a)(1) of the TCPA.

23. Between November 9, 2016 and August 23, 2017, Defendant initiated 546 calls to Plaintiff's residential land line telephone using an automatic telephone dialing system to make the calls without the express consent of Plaintiff in violation of 47 U.S.C. §§ 227(b)(1)(A)(iii) of the TCPA.

COMPLAINT AND DEMAND FOR JURY TRIAL

24. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification, or legal excuse.

25. As a result of the above violations of the TCPA, Defendant is liable to Plaintiff in the sum of Plaintiff's statutory, actual, and treble damages.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

       (a)    Actual damages;

       (b)    Statutory damages;

       (c)    Punitive damages;

       (d)    Costs and reasonable attorney's fees; and

       (e)    Such other and further relief as may be just and proper.

PLAINTIFF DEMANDS A JURY TRIAL

Respectfully Submitted,
Robert F. Brennan, Esq.

DATE: August __29___, 2017      By:  _/s/ Robert F. Brennan_
Robert. F. Brennan
Attorney for Plaintiff