Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Avenue, Suite D
Montrose, Ca. 91090
(818) 249-5291 Telephone
(818) 249-4329 Facsimile
*rbrennan@brennanlaw.com*

Attorneys for Plaintiff, ROBERT ALBERT

# UNITED STATES DISTRICT COURT     JS-6

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALBERT, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a business entity; VERIZON WIRELESS, a business entity, form unknown and Does 1-10<br><br>      Defendant. | Case No.: CV 17-6404-JFW (SSx)<br>Hon. John F. Walter<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS FRONTIER COMMUNICATIONS CORPORATION, VERIZON WIRELESS, AND THE ENTIRE CASE |

    Plaintiff Robert Albert, Defendants Frontier Communications Corporation and Verizon Wireless have announced to the Court that all matters in controversy between them have been resolved.

    A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal Without Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Robert Albert against Defendants Frontier Communications Corporation and Verizon Wireless are dismissed without prejudice and, since there are no remaining defendants, the entire case is dismissed without prejudice.

DATED this 10th day of October, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE